

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00915-CR

Adan **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRS000311-D1
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 30, 2015.

_____
Rebeca C. Martinez, Justice